```
                  UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF ILLINOIS
                         EASTERN DIVISION

PEARL PIERIK,                          )
                                       )
          Plaintiff,                   )
                                       )
     vs.                               )     No.  19-CV-3522
                                       )
                                       )
THE LINCOLN NATIONAL                   )
LIFE INSURANCE COMPANY,                )
                                       )
          Defendant.                   )
```

## COMPLAINT

Now comes the Plaintiff, PEARL PIERIK, by her attorney, ROGER S. HUTCHISON, and complaining against the defendant, states:

1. Jurisdiction of the court is based upon the Employee Retirement Income Security Act of 1974 (ERISA); and in particular, 29 U.S.C. Sect. 1132(e)(1) and 1132(f). Those provisions give the district courts jurisdiction to hear civil actions brought to recover benefits due under the terms of an employee welfare benefit plan which, in this case, consists of a group long-term disability insurance plan administered by THE LINCOLN NATIONAL LIFE INSURANCE COMPANY ("LINCOLN") for the benefit of employees, including the Plaintiff, of Palos Community Hospital.

2. The ERISA statute provides, at 29 U.C.C. Sect. 1133, a mechanism for administrative or internal appeal of benefits denials.

3. Plaintiff has exhausted all of her pre-suit appeals. Venue is proper in the Northern District of Illinois 29 U.S.C. Sect. 1132(e)(2), 28 U.S.C. Sect. 1391.

## Nature of Action

4. This is a claim seeking recovery of disability income benefits pursuant due under an employee benefits plan, which provided long term disability benefits under policy 36-2792168 ("the Policy")(a true and accurate copy of the policy is attached hereto as Exhibit "A")  This action is brought pursuant to Sect. 502(a)(1)(B)of ERISA (29 U.S.C. Sect. 1132 (a)(1)(B).  Plaintiff also seeks attorney's fees pursuant to 29 U.S.C. Sect. 1132(g) and ERISA Sect. 502(g).

## The Parties

5. PEARL PIERIK ("PIERIK"), age 63 (born in 1955) at all relevant times, is a resident of Orland Park, Cook County, Illinois, and all the events, transactions and occurrences relevant to Plaintiff's claim of disability took place predominantly within the Northern District of Illinois.

6. At all times relevant hereto, the LTD policy constituted an "employee welfare benefit plan" as defined by 29 U.S.C. Sect. 1002(1).  Incident to her status as an employee of

2

Palos Community Hospital, Plaintiff received coverage under the Policy as the "Insured" as defined by Sect. 1002(7). This claim relates to benefits under the foregoing LTD Policy.

7. At all times relevant hereto, the LTD policy constituted an "employee welfare benefit plan" as defined by 29 U.S.C. Sect. 1002(1); and incident to her employment, PIERIK received coverage under the Policy as a "participant" as defined by 29 U.S.C. Sect. 1002(7).

**Statement of Facts**

8. PIERIK was actively and successfully employed by Palos Community Hospital as a Nurse, until July 13, 2014, when she had to cease working due to the diagnoses of Cervical Degenerative Disc Disease, Lumbar Degenerative Disc Disease with Foot Drop and Bilateral Shoulder Degenerative Joint Disease and Surgeries.

9. PIERIK has not engaged in any substantial gainful activity since July 13, 2014.

10. PIERIK subsequently filed an application for long-term disability benefits under the LTD Policy, alleging that her disabling medical conditions rendered her unable to work, and citing to medical treatment that evidenced her disability.

11. PIERIK was found by METLIFE to meet the 'own occupation' definition of disability and was paid long term disability benefits under the policy from October 29, 2014 until October 29, 2016, in the amount of $3,524.04 per month,

minus reductions for workers compensation benefits and SSDI benefits.

12. As encouraged by LINCOLN, PIERIK filed a claim for Social Security Disability Insurance and was approved for Social Security Disability Insurance benefits of $2,380.50 per month with a disability date of July 13, 2014 and an entitlement date of January, 2015, and LINCOLN received or will receive the benefit of the reduction of the SSDI benefits from the Long-Term Disability benefits paid by LINCOLN.

13. On February 28, 2017, LINCOLN sent PIERIK a notice that it terminated PIERIK's LTD benefits as of November 29, 2016, based upon the unreasonable position of LINCOLN that PIERIK was no longer disabled pursuant to the terms of the Policy.

14. After receiving LINCOLN's denial of long term disability benefits, PIERIK submitted an appeal of the benefits denial.

15. Without cause or reasonable justification, LINCOLN denied PIERIK's appeal and affirmed its decision to terminate benefits by a letter dated April 19, 2018.

16. After receiving LINCOLN's April 19, 2018 denial of long term disability benefits, PIERIK submitted a second appeal of the benefits denial.

17. Without cause or reasonable justification, LINCOLN again denied PIERIK's appeal and affirmed its decision to

4

terminate benefits by a letter dated January 31, 2019.

18. LINCOLN's actions have now foreclosed all avenues of administrative appeal and this matter is ripe for judicial review.

19. PIERIK is entitled to long-term disability benefits in the amount of $3,524.04 per month from November 29, 2016 to the present, minus appropriate deductions, plus interest, continuing benefits and attorney's fees.

### REQUEST FOR RELIEF

WHEREFORE, Plantiff prays for the following relief:

A. That the court enter judgment in Plaintiff's favor and against the Defendant for Plaintiff's past-due long term disability income benefits under the Policy;

B. That the court order the defendants to pay Plaintiff prejudgment interest on all benefits that have accrued prior to the date of judgment;

C. That the court award attorney's fees pursuant to 29 U.S.C. Sect. 1132(g); and

D. That Plaintiff recover all costs of suit.

Respectfully submitted,

/s/ *Roger S. Hutchison*
Attorney for Plaintiff
Roger S. Hutchison
Hutchison Law
16860 South Oak Park Avenue
Suite 101
Tinley Park, Illinois 60477
708-532-7777

5

Case: 1:19-cv-03522 Document #: 1 Filed: 05/27/19 Page 6 of 6 PageID #:1